AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | FILED U.S. DISTRICT COURT BRUNSWICK DIV. |
| James Mitchell ) | 2008 FEB 27 P 4: 53 |
| ) Case No: CR298-00034-001 and CR298-00042-001 | |
| ) USM No: 09869-021 | |
| Date of Previous Judgment: December 4, 1998 ) Grayson Lane | |
| (Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __a total of 160__ months **is reduced to** __time served, plus 10 days__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 168 to 210 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
  Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __December 4, 1998__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __February 27, 2008__

_____
Judge's signature

Effective Date: __2-27-08__
(if different from order date)

Judge, U.S. District Court
Printed name and title