# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 FEB 27 P 4:53

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR298-00034-001 and CR298-00042-001 |
| James Mitchell ) | USM No: 09869-021 |
| Date of Previous Judgment: December 4, 1998 ) | Grayson Lane |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __a total of 160__ months **is reduced to** __time served, plus 10 days__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 35          Amended Offense Level: 33
Criminal History Category: III       Criminal History Category: III
Previous Guideline Range: 210 to 262 months    Amended Guideline Range: 168 to 210 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __December 4, 1998__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: February 27, 2008

Judge's signature

Effective Date: 2-27-08
(if different from order date)

Judge, U.S. District Court
Printed name and title