# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division

FILED U.S. DISTRICT COURT BRUNSWICK DIV. 2008 MAR -6 AM 10: 49 CLERK_____ SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| v. | : | |
| JAMES MITCHELL. | : | NO. CR298-034 |

### O R D E R

This Court, having read and considered Defendant James Mitchell's Motion to Obtain a Copy of Pre-sentence Investigation Report, and having further determined that said Motion is moot as a result of this Court previously signing an Order releasing Defendant James Mitchell from confinement, hereby **DISMISSES** Defendant's Motion.

**SO ORDERED**, this 5th day of March, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)